450 A.2d 220

Commonwealth v. Dorsey, Appellant.

Petition for Allowance of Appeal
Denied Feb. 23, 1983.

Submitted March 2, 1982. George Howard Eager, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Appeal No. 192 Philadelphia 1981 is dismissed as moot.

Appeals No. 835 Philadelphia 1980 and No. 1243 Philadelphia 1981 are affirmed.